**Broderick HAWKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98850.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 13, 2013.

Application for Transfer Denied
May 28, 2013.

Broderick Hawkins, Jefferson City, MO, pro se.

Chris Koster, Attorney General, Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

### ORDER

PER CURIAM.

Broderick Hawkins (Movant) appeals the judgment of the Circuit Court of the City of St. Louis denying his motion to re-open his post-conviction proceedings.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).